# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br>Appellant,<br>vs.<br>SATICOY BAY LLC SERIES 2314<br>CROOKED CREEK,<br>Respondent. | No. 73893 |
| JPMORGAN CHASE BANK, N.A.,<br>Appellant,<br>vs.<br>SATICOY BAY LLC SERIES 2314<br>CROOKED CREEK,<br>Respondent. | No. 74492 ✓<br><br>**FILED**<br><br>JAN 03 2018<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## *ORDER*

Docket No. 73893 is an appeal from a summary judgment. On December 4, 2017, this court reinstated the briefing schedule after appellant submitted the district court's October 12, 2017, order certifying the judgment as final pursuant to NRCP 54(b). Docket No. 74492 is an appeal from the same summary judgment based on the October 12, 2017, order certifying the judgment as final pursuant to NRCP 54(b). Appellant represents that the appeal in Docket No. 74492 was simply filed out of an abundance of caution.

As these appeals are both from the same district court order, we direct the clerk of this court to transfer all documents filed in Docket No. 74492 to Docket No. 73893, and direct the clerk to administratively close Docket No. 74492.

It is so ORDERED.

_____, C.J.

cc: Smith Larsen & Wixom
Law Offices of Michael F. Bohn, Ltd.